No. 10–8093.  ROMERO HIDALGO v. UNITED STATES; and

No. 10–8113.  HIDALGO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8095.  HATCHETT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–8096.  FINLEY v. FARWELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8098.  CEBALLO GONZALEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–8099.  FINN v. CALIFORNIA; and

No. 10–8218.  BECKLEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–8100.  FREE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8103.  AARON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 10–8104.  NIXON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–8105.  SANDERS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–8106.  SMITH v. CRIST, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 10–8107.  ROBERTS v. UNITED PARCEL SERVICE ET AL. Sup. Ct. Ky.  Certiorari denied.

No. 10–8108.  BRUMMETT v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8109.  BAUGHAM v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 10–8110.  MYERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.